July 23, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

### DR. OLUWOLE PETERS AKA WALLY PETERS AND PRECIOUS LAMB, INC., D/B/A PRECIOUS CARE CONSULTANTS, Appellants

NO. 14-13-00354-CV                    V.

### COMPLETE PHARMACY RESOURCES, LTD., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 18, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Dr. Oluwole Peters AKA Wally Peters and Precious Lamb, Inc., D/B/A Precious Care Consultants.

We further order this decision certified below for observance.